IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

     Petitioner,          No. CIV S-10-3352 EFB P

  vs.

BOARD OF PAROLE HEARINGS,

     Respondent.       ORDER
_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is presently incarcerated in the Los Angeles County Jail in Los Angeles County.

     Petitioner challenges his parole suitability and/or the revocation of his parole. In habeas corpus cases, venue is proper: (1) in the district of confinement, or (2) in the district of "conviction and sentencing." 28 U.S.C. § 2241(d). Here, petitioner is confined in Los Angeles County, which is also apparently where his parole was revoked and where any decision not to release him on parole occurred. Los Angeles County is within the territorial area encompassed by the Central District of California.

////

////

1

1     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 transferred to the United States District Court for the Central District of California.  28 U.S.C.
3 § 2241(d).

4 DATED: December 22, 2010.

                                                              /s/ Edmund F. Brennan
5                                                             EDMUND F. BRENNAN
                                                              UNITED STATES MAGISTRATE JUDGE